# EXHIBIT C

TERRY AND BECKY ROBINSON

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 02/08/18 | 2603 | TERRY BO ROBINSON | 222,233.79 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/06/18 | 2668 | BO & BECKY ROBINSON | 50,077.56 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/26/18 | 2750 | BO ROBINSON | 131,474.48 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/05/18 | 21179 | BO ROBINSON | 334,852.76 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/05/18 | 21180 | BO ROBINSON | 379,598.45 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/13/18 | 3091 | BO ROBINSON | 228,858.31 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/13/18 | 3159 | BO ROBINSON | 12,134.08 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/27/18 | 21511 | BO ROBINSON | 129,287.68 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/06/18 | 21582 | BO ROBINSON | 10,981.83 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/10/18 | 21774 | BO ROBINSON | 40,872.08 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/10/18 | 21776 | BO ROBINSON | 129,218.76 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/10/18 | 21775 | BO ROBINSON | 394,408.31 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/29/19 | 22965 | BO ROBINSON | 204,493.99 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/29/19 | 22966 | BO ROBINSON | 460,679.13 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/28/19 | 23453 | BO ROBINSON | 511,506.95 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/18/19 | 24816 | TERRY ROBINSON | 45,030.45 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/16/19 | 25109 | BO & BECKY ROBINSON | 14,003.17 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/31/20 | 25753 | TERRY ROBINSON | 502,790.29 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/15/20 | 26180 | TERRY ROBINSON | 283,694.19 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/05/20 | 27628 | TERRY ROBINSON - 2B FARMS | 36,000.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/10/20 | 27992 | TERRY MAX ROBINSON | 83,085.04 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/10/20 | 27993 | TERRY ROBINSON | 609,692.93 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/21/20 | 27995 | TERRY ROBINSON | 30,811.60 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/06/21 | 29299 | BO ROBINSON | 1,178,693.57 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/13/21 | 29300 | BO ROBINSON | 1,172,385.72 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/13/21 | 29301 | BO ROBINSON | 1,359,695.99 |
| McClain Farms | Mechanics Bank | 3070 | 01/13/22 | 1699 | TERRY BO ROBINSON - 2B FARMS | 1,096,547.04 |
| **Total** | | | | | | **9,653,108.15** |