# EXHIBIT D

**McClain Feed Yard Inc. et al - Mechanics Bank Negative Activity**

| Entity | Bank | Account | Date | Day of Week | Amount |
|--------|------|---------|------|-------------|--------|
| Combined | Mechanics Bank | Mechanics Bank - all | 2/6/2023 | Monday | $ (198,807.55) |
| Combined | Mechanics Bank | Mechanics Bank - all | 2/15/2023 | Wednesday | $ (843,158.49) |
| Combined | Mechanics Bank | Mechanics Bank - all | 2/24/2023 | Friday | $ (147,028.98) |
| Combined | Mechanics Bank | Mechanics Bank - all | 2/27/2023 | Monday | $ (266,276.23) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/2/2023 | Thursday | $ (427,428.10) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/3/2023 | Friday | $ (6,943,649.42) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/6/2023 | Monday | $ (130,245.94) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/8/2023 | Wednesday | $ (2,064,201.39) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/9/2023 | Thursday | $ (661,244.17) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/10/2023 | Friday | $ (200,167.64) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/13/2023 | Monday | $ (108,887.87) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/21/2023 | Tuesday | $ (523,078.89) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/22/2023 | Wednesday | $ (20,180.33) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/23/2023 | Thursday | $ (198,151.47) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/27/2023 | Monday | $ (246,623.93) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/29/2023 | Wednesday | $ (302,502.13) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/31/2023 | Friday | $ (163,062.91) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/7/2023 | Friday | $ (8,183,140.28) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/10/2023 | Monday | $ (6,840,720.84) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/11/2023 | Tuesday | $ (6,823,477.00) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/12/2023 | Wednesday | $ (6,823,477.00) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/13/2023 | Thursday | $ (6,823,477.00) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/14/2023 | Friday | $ (6,823,477.00) |
| | | | | | $ (55,762,464.56) |