# EXHIBIT E

**McClain Feed Yard Inc. et al - CFSB Negative Activity**

| Entity | Bank | Account | Date | Day of Week | Amount |
|---|---|---|---|---|---|
| McClain Farms Inc | CFSB | CFSB - 3786 | 1/8/2018 | Monday | $ (134,214.60) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 1/9/2018 | Tuesday | $ (15,142.73) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 1/11/2018 | Thursday | $ (51,929.97) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 1/16/2018 | Tuesday | $ (185,248.75) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 1/22/2018 | Monday | $ (70,716.53) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 1/23/2018 | Tuesday | $ (283,710.16) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 1/30/2018 | Tuesday | $ (397,971.52) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 1/31/2018 | Wednesday | $ (396,926.82) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 2/1/2018 | Thursday | $ (504,727.12) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 2/2/2018 | Friday | $ (153,134.99) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 2/12/2018 | Monday | $ (88,551.55) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 2/13/2018 | Tuesday | $ (282,510.74) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 2/14/2018 | Wednesday | $ (23,148.09) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 2/27/2018 | Tuesday | $ (90,876.75) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 3/6/2018 | Tuesday | $ (80,273.93) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 3/7/2018 | Wednesday | $ (120,842.80) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 3/8/2018 | Thursday | $ (196,783.25) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 3/12/2018 | Monday | $ (103,196.24) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 3/13/2018 | Tuesday | $ (147,456.86) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 3/14/2018 | Wednesday | $ (73,028.93) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 3/21/2018 | Wednesday | $ (73,072.83) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 4/2/2018 | Monday | $ (1,464.19) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 4/10/2018 | Tuesday | $ (33,030.34) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 4/11/2018 | Wednesday | $ (63,958.37) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 5/4/2018 | Friday | $ (64,720.66) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 5/11/2018 | Friday | $ (7,765.70) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 6/12/2018 | Tuesday | $ (245,893.40) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 6/26/2018 | Tuesday | $ (113,687.07) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 7/11/2018 | Wednesday | $ (219,164.33) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 7/19/2018 | Thursday | $ (26,447.63) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 8/7/2018 | Tuesday | $ (83,676.14) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 8/8/2018 | Wednesday | $ (163,492.42) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 8/14/2018 | Tuesday | $ (11,312.17) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 10/22/2018 | Monday | $ (57,167.57) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 11/14/2018 | Wednesday | $ (350,094.17) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 12/24/2018 | Monday | $ (374,910.61) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 12/25/2018 | Tuesday | $ (374,910.61) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 1/3/2019 | Thursday | $ (4,087.97) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 1/4/2019 | Friday | $ (257,315.75) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 3/1/2019 | Friday | $ (3,852.10) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 5/17/2019 | Friday | $ (31,240.17) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 11/19/2019 | Tuesday | $ (817,611.13) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 12/24/2019 | Tuesday | $ (222,740.15) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 12/25/2019 | Wednesday | $ (222,740.15) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 2/5/2020 | Wednesday | $ (435,937.24) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 6/18/2020 | Thursday | $ (4,651.98) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 9/8/2020 | Tuesday | $ (317,947.47) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 11/25/2020 | Wednesday | $ (9,654.07) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 11/26/2020 | Thursday | $ (9,654.07) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 11/30/2020 | Monday | $ (1,860,443.33) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 2/10/2021 | Wednesday | $ (306,964.56) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 2/16/2021 | Tuesday | $ (885,873.77) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 5/5/2021 | Wednesday | $ (7,142.90) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 5/12/2021 | Wednesday | $ (1,160,438.79) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 6/25/2021 | Friday | $ (5,031.89) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 8/13/2021 | Friday | $ (2,214,536.93) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 8/16/2021 | Monday | $ (1,789,497.62) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 8/18/2021 | Wednesday | $ (3,007,863.58) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 8/19/2021 | Thursday | $ (1,018,375.23) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 8/20/2021 | Friday | $ (624,619.32) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 8/24/2021 | Tuesday | $ (737,204.57) |

**McClain Feed Yard Inc. et al - CFSB Negative Activity**

| Entity | Bank | Account | Date | Day of Week | Amount |
|---|---|---|---|---|---|
| McClain Farms Inc | CFSB | CFSB - 3786 | 8/25/2021 | Wednesday | $ (278,818.55) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 8/26/2021 | Thursday | $ (471,948.92) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 8/27/2021 | Friday | $ (953,160.02) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 9/1/2021 | Wednesday | $ (111,559.37) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 9/3/2021 | Friday | $ (42,349.43) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 9/6/2021 | Monday | $ (42,349.43) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 9/8/2021 | Wednesday | $ (46,780.57) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 9/13/2021 | Monday | $ (802,148.03) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 9/16/2021 | Thursday | $ (1,135,469.55) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 9/20/2021 | Monday | $ (162,112.85) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 9/22/2021 | Wednesday | $ (1,206,593.00) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 1/5/2022 | Wednesday | $ (1,091,866.38) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 2/3/2022 | Thursday | $ (721,430.79) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 3/16/2022 | Wednesday | $ (49,532.99) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 4/11/2022 | Monday | $ (1,095,875.98) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 6/2/2022 | Thursday | $ (1,032.22) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 6/10/2022 | Friday | $ (979,658.68) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 6/15/2022 | Wednesday | $ (979,703.68) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 6/16/2022 | Thursday | $ (22.22) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 6/17/2022 | Friday | $ (87.17) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 6/20/2022 | Monday | $ (87.17) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 7/6/2022 | Wednesday | $ (822,801.09) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 8/2/2022 | Tuesday | $ (734.14) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 9/12/2022 | Monday | $ (340,760.48) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 11/28/2022 | Monday | $ (320,213.79) |
| McClain Farms Inc | CFSB | CFSB - 3786 | 1/5/2023 | Thursday | $ (278.13) |
| | | | | | $ (33,277,959.91) |