# EXHIBIT F

**McClain Feed Yard Inc. et al - Mechanics Bank Negative Activity**

| Entity | Bank | Account | Date | Day of Week | Amount |
|---|---|---|---|---|---:|
| Combined | Mechanics Bank | Mechanics Bank - all | 3/13/2018 | Tuesday | $ (18.00) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/14/2018 | Wednesday | $ (18.00) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/15/2018 | Thursday | $ (18.00) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/16/2018 | Friday | $ (18.00) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/19/2018 | Monday | $ (23.00) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/20/2018 | Tuesday | $ (28.00) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/21/2018 | Wednesday | $ (33.00) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/22/2018 | Thursday | $ (38.00) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/23/2018 | Friday | $ (43.00) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/26/2018 | Monday | $ (48.00) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/27/2018 | Tuesday | $ (53.00) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/28/2018 | Wednesday | $ (58.00) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/29/2018 | Thursday | $ (63.00) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/30/2018 | Friday | $ (68.00) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/2/2018 | Monday | $ (73.00) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/3/2018 | Tuesday | $ (73.00) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/4/2018 | Wednesday | $ (73.00) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/5/2018 | Thursday | $ (73.00) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/6/2018 | Friday | $ (73.00) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/9/2018 | Monday | $ (73.00) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/10/2018 | Tuesday | $ (73.00) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/11/2018 | Wednesday | $ (73.00) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/12/2018 | Thursday | $ (73.00) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/13/2018 | Friday | $ (91.12) |
| Combined | Mechanics Bank | Mechanics Bank - all | 5/15/2018 | Tuesday | $ (18.20) |
| Combined | Mechanics Bank | Mechanics Bank - all | 6/20/2018 | Wednesday | $ (56,806.55) |
| Combined | Mechanics Bank | Mechanics Bank - all | 6/22/2018 | Friday | $ (7,207.85) |
| Combined | Mechanics Bank | Mechanics Bank - all | 6/27/2018 | Wednesday | $ (28,587.35) |
| Combined | Mechanics Bank | Mechanics Bank - all | 7/2/2018 | Monday | $ (7,094.70) |
| Combined | Mechanics Bank | Mechanics Bank - all | 7/26/2018 | Thursday | $ (178,547.79) |
| Combined | Mechanics Bank | Mechanics Bank - all | 7/27/2018 | Friday | $ (22,419.61) |
| Combined | Mechanics Bank | Mechanics Bank - all | 7/31/2018 | Tuesday | $ (306,448.80) |
| Combined | Mechanics Bank | Mechanics Bank - all | 8/15/2018 | Wednesday | $ (260,771.65) |
| Combined | Mechanics Bank | Mechanics Bank - all | 9/12/2018 | Wednesday | $ (51,791.91) |
| Combined | Mechanics Bank | Mechanics Bank - all | 9/21/2018 | Friday | $ (147,120.13) |
| Combined | Mechanics Bank | Mechanics Bank - all | 10/18/2018 | Thursday | $ (206,141.92) |
| Combined | Mechanics Bank | Mechanics Bank - all | 10/24/2018 | Wednesday | $ (62,524.52) |
| Combined | Mechanics Bank | Mechanics Bank - all | 11/1/2018 | Thursday | $ (5,315.80) |
| Combined | Mechanics Bank | Mechanics Bank - all | 11/2/2018 | Friday | $ (22,891.66) |
| Combined | Mechanics Bank | Mechanics Bank - all | 11/6/2018 | Tuesday | $ (42,266.19) |
| Combined | Mechanics Bank | Mechanics Bank - all | 11/20/2018 | Tuesday | $ (30,834.76) |
| Combined | Mechanics Bank | Mechanics Bank - all | 11/29/2018 | Thursday | $ (74,399.79) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/13/2018 | Thursday | $ (381,899.37) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/26/2018 | Wednesday | $ (173,660.29) |
| Combined | Mechanics Bank | Mechanics Bank - all | 1/8/2019 | Tuesday | $ (96,284.97) |
| Combined | Mechanics Bank | Mechanics Bank - all | 1/23/2019 | Wednesday | $ (488,173.36) |
| Combined | Mechanics Bank | Mechanics Bank - all | 2/4/2019 | Monday | $ (5,170.31) |
| Combined | Mechanics Bank | Mechanics Bank - all | 2/5/2019 | Tuesday | $ (24,639.28) |
| Combined | Mechanics Bank | Mechanics Bank - all | 2/7/2019 | Thursday | $ (9,712.84) |
| Combined | Mechanics Bank | Mechanics Bank - all | 2/13/2019 | Wednesday | $ (290.03) |
| Combined | Mechanics Bank | Mechanics Bank - all | 2/14/2019 | Thursday | $ (713.03) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/6/2019 | Wednesday | $ (257,771.28) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/12/2019 | Tuesday | $ (8,598.66) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/25/2019 | Monday | $ (6,541.70) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/29/2019 | Friday | $ (43,456.24) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/8/2019 | Monday | $ (106,370.31) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/10/2019 | Wednesday | $ (216,341.59) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/12/2019 | Friday | $ (103,537.92) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/26/2019 | Friday | $ (16,401.63) |
| Combined | Mechanics Bank | Mechanics Bank - all | 5/7/2019 | Tuesday | $ (75,603.99) |
| Combined | Mechanics Bank | Mechanics Bank - all | 5/9/2019 | Thursday | $ (941.91) |

**McClain Feed Yard Inc. et al - Mechanics Bank Negative Activity**

| Entity | Bank | Account | Date | Day of Week | Amount |
|---|---|---|---|---|---|
| Combined | Mechanics Bank | Mechanics Bank - all | 5/13/2019 | Monday | $ (15,220.27) |
| Combined | Mechanics Bank | Mechanics Bank - all | 5/15/2019 | Wednesday | $ (59,986.38) |
| Combined | Mechanics Bank | Mechanics Bank - all | 5/17/2019 | Friday | $ (40,477.67) |
| Combined | Mechanics Bank | Mechanics Bank - all | 5/21/2019 | Tuesday | $ (64,118.73) |
| Combined | Mechanics Bank | Mechanics Bank - all | 8/19/2019 | Monday | $ (624,443.83) |
| Combined | Mechanics Bank | Mechanics Bank - all | 10/7/2019 | Monday | $ (279,106.94) |
| Combined | Mechanics Bank | Mechanics Bank - all | 10/22/2019 | Tuesday | $ (3,069,140.92) |
| Combined | Mechanics Bank | Mechanics Bank - all | 10/25/2019 | Friday | $ (2,111,410.42) |
| Combined | Mechanics Bank | Mechanics Bank - all | 10/31/2019 | Thursday | $ (4,335,957.34) |
| Combined | Mechanics Bank | Mechanics Bank - all | 11/5/2019 | Tuesday | $ (77,894.93) |
| Combined | Mechanics Bank | Mechanics Bank - all | 11/21/2019 | Thursday | $ (5,278,202.15) |
| Combined | Mechanics Bank | Mechanics Bank - all | 11/26/2019 | Tuesday | $ (675,088.55) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/6/2019 | Friday | $ (619,005.85) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/9/2019 | Monday | $ (135,664.59) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/12/2019 | Thursday | $ (1,894,092.41) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/16/2019 | Monday | $ (5,888,381.93) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/17/2019 | Tuesday | $ (8,121,103.82) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/18/2019 | Wednesday | $ (5,430,275.62) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/19/2019 | Thursday | $ (4,128,924.93) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/20/2019 | Friday | $ (12,044.30) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/23/2019 | Monday | $ (504,287.51) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/24/2019 | Tuesday | $ (708,566.35) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/25/2019 | Wednesday | $ (708,566.35) |
| Combined | Mechanics Bank | Mechanics Bank - all | 1/10/2020 | Friday | $ (214,812.21) |
| Combined | Mechanics Bank | Mechanics Bank - all | 1/13/2020 | Monday | $ (170,267.32) |
| Combined | Mechanics Bank | Mechanics Bank - all | 1/15/2020 | Wednesday | $ (787,362.23) |
| Combined | Mechanics Bank | Mechanics Bank - all | 1/22/2020 | Wednesday | $ (441,021.80) |
| Combined | Mechanics Bank | Mechanics Bank - all | 1/27/2020 | Monday | $ (763,020.09) |
| Combined | Mechanics Bank | Mechanics Bank - all | 1/30/2020 | Thursday | $ (536,190.50) |
| Combined | Mechanics Bank | Mechanics Bank - all | 1/31/2020 | Friday | $ (2,032,987.38) |
| Combined | Mechanics Bank | Mechanics Bank - all | 2/4/2020 | Tuesday | $ (300,033.36) |
| Combined | Mechanics Bank | Mechanics Bank - all | 2/6/2020 | Thursday | $ (73.20) |
| Combined | Mechanics Bank | Mechanics Bank - all | 2/10/2020 | Monday | $ (331,215.68) |
| Combined | Mechanics Bank | Mechanics Bank - all | 2/21/2020 | Friday | $ (926,865.27) |
| Combined | Mechanics Bank | Mechanics Bank - all | 2/25/2020 | Tuesday | $ (830,020.12) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/1/2020 | Wednesday | $ (23,949.69) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/7/2020 | Tuesday | $ (4,770.65) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/13/2020 | Monday | $ (27,307.78) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/14/2020 | Tuesday | $ (39,528.42) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/29/2020 | Wednesday | $ (357,245.31) |
| Combined | Mechanics Bank | Mechanics Bank - all | 6/25/2020 | Thursday | $ (667,903.04) |
| Combined | Mechanics Bank | Mechanics Bank - all | 7/3/2020 | Friday | $ (791,038.07) |
| Combined | Mechanics Bank | Mechanics Bank - all | 7/16/2020 | Thursday | $ (144,865.05) |
| Combined | Mechanics Bank | Mechanics Bank - all | 9/1/2020 | Tuesday | $ (200,628.65) |
| Combined | Mechanics Bank | Mechanics Bank - all | 9/15/2020 | Tuesday | $ (222,159.86) |
| Combined | Mechanics Bank | Mechanics Bank - all | 9/28/2020 | Monday | $ (355,992.50) |
| Combined | Mechanics Bank | Mechanics Bank - all | 10/5/2020 | Monday | $ (9,059.48) |
| Combined | Mechanics Bank | Mechanics Bank - all | 10/16/2020 | Friday | $ (253,914.26) |
| Combined | Mechanics Bank | Mechanics Bank - all | 10/26/2020 | Monday | $ (174,065.01) |
| Combined | Mechanics Bank | Mechanics Bank - all | 10/30/2020 | Friday | $ (14,361.06) |
| Combined | Mechanics Bank | Mechanics Bank - all | 11/12/2020 | Thursday | $ (330,223.11) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/2/2020 | Wednesday | $ (367,450.47) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/9/2020 | Wednesday | $ (552,565.93) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/21/2020 | Monday | $ (40,071.38) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/22/2020 | Tuesday | $ (1,784,582.35) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/24/2020 | Thursday | $ (3,192.36) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/25/2020 | Friday | $ (3,192.36) |
| Combined | Mechanics Bank | Mechanics Bank - all | 2/17/2021 | Wednesday | $ (15,679.75) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/26/2021 | Friday | $ (235,901.33) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/1/2021 | Thursday | $ (60.11) |

**McClain Feed Yard Inc. et al - Mechanics Bank Negative Activity**

| Entity | Bank | Account | Date | Day of Week | Amount |
|---|---|---|---|---|---|
| Combined | Mechanics Bank | Mechanics Bank - all | 4/2/2021 | Friday | $ (1,937,724.68) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/14/2021 | Wednesday | $ (373,807.36) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/27/2021 | Tuesday | $ (194,297.84) |
| Combined | Mechanics Bank | Mechanics Bank - all | 5/5/2021 | Wednesday | $ (30,632.85) |
| Combined | Mechanics Bank | Mechanics Bank - all | 5/11/2021 | Tuesday | $ (32,808.20) |
| Combined | Mechanics Bank | Mechanics Bank - all | 5/17/2021 | Monday | $ (23,062.18) |
| Combined | Mechanics Bank | Mechanics Bank - all | 6/15/2021 | Tuesday | $ (66,258.46) |
| Combined | Mechanics Bank | Mechanics Bank - all | 6/17/2021 | Thursday | $ (500.00) |
| Combined | Mechanics Bank | Mechanics Bank - all | 6/23/2021 | Wednesday | $ (1,062,842.36) |
| Combined | Mechanics Bank | Mechanics Bank - all | 7/1/2021 | Thursday | $ (2,126.74) |
| Combined | Mechanics Bank | Mechanics Bank - all | 7/13/2021 | Tuesday | $ (1,639.66) |
| Combined | Mechanics Bank | Mechanics Bank - all | 7/30/2021 | Friday | $ (1,637,764.48) |
| Combined | Mechanics Bank | Mechanics Bank - all | 8/10/2021 | Tuesday | $ (1,940,333.80) |
| Combined | Mechanics Bank | Mechanics Bank - all | 8/16/2021 | Monday | $ (1,869,205.48) |
| Combined | Mechanics Bank | Mechanics Bank - all | 8/20/2021 | Friday | $ (293,399.97) |
| Combined | Mechanics Bank | Mechanics Bank - all | 8/25/2021 | Wednesday | $ (3,933,856.73) |
| Combined | Mechanics Bank | Mechanics Bank - all | 8/27/2021 | Friday | $ (3,664,872.97) |
| Combined | Mechanics Bank | Mechanics Bank - all | 9/8/2021 | Wednesday | $ (205,301.33) |
| Combined | Mechanics Bank | Mechanics Bank - all | 9/9/2021 | Thursday | $ (560,289.85) |
| Combined | Mechanics Bank | Mechanics Bank - all | 9/13/2021 | Monday | $ (19,974.61) |
| Combined | Mechanics Bank | Mechanics Bank - all | 9/14/2021 | Tuesday | $ (459,338.81) |
| Combined | Mechanics Bank | Mechanics Bank - all | 9/20/2021 | Monday | $ (815,604.14) |
| Combined | Mechanics Bank | Mechanics Bank - all | 9/23/2021 | Thursday | $ (74,793.38) |
| Combined | Mechanics Bank | Mechanics Bank - all | 9/24/2021 | Friday | $ (1,335,668.48) |
| Combined | Mechanics Bank | Mechanics Bank - all | 9/27/2021 | Monday | $ (1,275,310.00) |
| Combined | Mechanics Bank | Mechanics Bank - all | 10/1/2021 | Friday | $ (82,122.72) |
| Combined | Mechanics Bank | Mechanics Bank - all | 10/4/2021 | Monday | $ (6,849.47) |
| Combined | Mechanics Bank | Mechanics Bank - all | 10/6/2021 | Wednesday | $ (289,615.30) |
| Combined | Mechanics Bank | Mechanics Bank - all | 10/7/2021 | Thursday | $ (1,685.30) |
| Combined | Mechanics Bank | Mechanics Bank - all | 10/8/2021 | Friday | $ (25,822.19) |
| Combined | Mechanics Bank | Mechanics Bank - all | 10/11/2021 | Monday | $ (25,822.19) |
| Combined | Mechanics Bank | Mechanics Bank - all | 10/18/2021 | Monday | $ (76,098.13) |
| Combined | Mechanics Bank | Mechanics Bank - all | 10/26/2021 | Tuesday | $ (232,165.82) |
| Combined | Mechanics Bank | Mechanics Bank - all | 11/5/2021 | Friday | $ (41,440.36) |
| Combined | Mechanics Bank | Mechanics Bank - all | 11/9/2021 | Tuesday | $ (1,034,321.46) |
| Combined | Mechanics Bank | Mechanics Bank - all | 11/15/2021 | Monday | $ (147,287.84) |
| Combined | Mechanics Bank | Mechanics Bank - all | 11/18/2021 | Thursday | $ (133,297.12) |
| Combined | Mechanics Bank | Mechanics Bank - all | 11/24/2021 | Wednesday | $ (9,223.33) |
| Combined | Mechanics Bank | Mechanics Bank - all | 11/25/2021 | Thursday | $ (9,223.33) |
| Combined | Mechanics Bank | Mechanics Bank - all | 11/29/2021 | Monday | $ (389.69) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/1/2021 | Wednesday | $ (363,423.27) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/9/2021 | Thursday | $ (1,152.00) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/10/2021 | Friday | $ (849,309.77) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/13/2021 | Monday | $ (815,077.77) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/15/2021 | Wednesday | $ (135,204.04) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/16/2021 | Thursday | $ (12,509.02) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/20/2021 | Monday | $ (700,579.84) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/28/2021 | Tuesday | $ (356,142.86) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/29/2021 | Wednesday | $ (14,903.75) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/30/2021 | Thursday | $ (204,402.07) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/31/2021 | Friday | $ (639,292.81) |
| Combined | Mechanics Bank | Mechanics Bank - all | 1/5/2022 | Wednesday | $ (16,815.27) |
| Combined | Mechanics Bank | Mechanics Bank - all | 1/13/2022 | Thursday | $ (249.58) |
| Combined | Mechanics Bank | Mechanics Bank - all | 1/14/2022 | Friday | $ (416,195.93) |
| Combined | Mechanics Bank | Mechanics Bank - all | 1/17/2022 | Monday | $ (416,195.93) |
| Combined | Mechanics Bank | Mechanics Bank - all | 1/19/2022 | Wednesday | $ (339,499.24) |
| Combined | Mechanics Bank | Mechanics Bank - all | 1/24/2022 | Monday | $ (334,245.29) |
| Combined | Mechanics Bank | Mechanics Bank - all | 2/1/2022 | Tuesday | $ (101,654.45) |
| Combined | Mechanics Bank | Mechanics Bank - all | 2/2/2022 | Wednesday | $ (41,555.53) |
| Combined | Mechanics Bank | Mechanics Bank - all | 2/3/2022 | Thursday | $ (2,427.77) |
| Combined | Mechanics Bank | Mechanics Bank - all | 2/22/2022 | Tuesday | $ (110,226.57) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/1/2022 | Tuesday | $ (7,733.66) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/2/2022 | Wednesday | $ (1,179,542.06) |

**McClain Feed Yard Inc. et al - Mechanics Bank Negative Activity**

| Entity | Bank | Account | Date | Day of Week | Amount |
|---|---|---|---|---|---|
| Combined | Mechanics Bank | Mechanics Bank - all | 3/28/2022 | Monday | $ (29,175.74) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/5/2022 | Tuesday | $ (1,051,509.16) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/12/2022 | Tuesday | $ (187,553.94) |
| Combined | Mechanics Bank | Mechanics Bank - all | 5/3/2022 | Tuesday | $ (870,255.78) |
| Combined | Mechanics Bank | Mechanics Bank - all | 5/6/2022 | Friday | $ (45,011.05) |
| Combined | Mechanics Bank | Mechanics Bank - all | 5/13/2022 | Friday | $ (906,012.13) |
| Combined | Mechanics Bank | Mechanics Bank - all | 5/17/2022 | Tuesday | $ (404,744.54) |
| Combined | Mechanics Bank | Mechanics Bank - all | 5/19/2022 | Thursday | $ (349,681.15) |
| Combined | Mechanics Bank | Mechanics Bank - all | 5/23/2022 | Monday | $ (211,350.66) |
| Combined | Mechanics Bank | Mechanics Bank - all | 6/1/2022 | Wednesday | $ (518,265.47) |
| Combined | Mechanics Bank | Mechanics Bank - all | 6/3/2022 | Friday | $ (70,163.29) |
| Combined | Mechanics Bank | Mechanics Bank - all | 6/6/2022 | Monday | $ (21,375.01) |
| Combined | Mechanics Bank | Mechanics Bank - all | 6/7/2022 | Tuesday | $ (2,721,344.78) |
| Combined | Mechanics Bank | Mechanics Bank - all | 6/13/2022 | Monday | $ (116,924.34) |
| Combined | Mechanics Bank | Mechanics Bank - all | 6/16/2022 | Thursday | $ (1,066,030.25) |
| Combined | Mechanics Bank | Mechanics Bank - all | 6/23/2022 | Thursday | $ (1,950,189.47) |
| Combined | Mechanics Bank | Mechanics Bank - all | 6/24/2022 | Friday | $ (358,558.62) |
| Combined | Mechanics Bank | Mechanics Bank - all | 7/8/2022 | Friday | $ (628,607.88) |
| Combined | Mechanics Bank | Mechanics Bank - all | 9/6/2022 | Tuesday | $ (436,389.55) |
| Combined | Mechanics Bank | Mechanics Bank - all | 9/7/2022 | Wednesday | $ (43,381.36) |
| Combined | Mechanics Bank | Mechanics Bank - all | 9/14/2022 | Wednesday | $ (716,553.82) |
| Combined | Mechanics Bank | Mechanics Bank - all | 9/19/2022 | Monday | $ (1,128,942.72) |
| Combined | Mechanics Bank | Mechanics Bank - all | 9/21/2022 | Wednesday | $ (2,784,476.28) |
| Combined | Mechanics Bank | Mechanics Bank - all | 9/28/2022 | Wednesday | $ (2,191,152.05) |
| Combined | Mechanics Bank | Mechanics Bank - all | 9/30/2022 | Friday | $ (3,332,206.75) |
| Combined | Mechanics Bank | Mechanics Bank - all | 10/7/2022 | Friday | $ (426,885.23) |
| Combined | Mechanics Bank | Mechanics Bank - all | 10/10/2022 | Monday | $ (426,885.23) |
| Combined | Mechanics Bank | Mechanics Bank - all | 10/12/2022 | Wednesday | $ (3,206,235.61) |
| Combined | Mechanics Bank | Mechanics Bank - all | 10/14/2022 | Friday | $ (1,758,357.71) |
| Combined | Mechanics Bank | Mechanics Bank - all | 10/19/2022 | Wednesday | $ (823,411.96) |
| Combined | Mechanics Bank | Mechanics Bank - all | 10/20/2022 | Thursday | $ (3,451,555.66) |
| Combined | Mechanics Bank | Mechanics Bank - all | 10/26/2022 | Wednesday | $ (49,222.24) |
| Combined | Mechanics Bank | Mechanics Bank - all | 10/28/2022 | Friday | $ (585,529.55) |
| Combined | Mechanics Bank | Mechanics Bank - all | 11/3/2022 | Thursday | $ (253,455.98) |
| Combined | Mechanics Bank | Mechanics Bank - all | 11/7/2022 | Monday | $ (579,085.56) |
| Combined | Mechanics Bank | Mechanics Bank - all | 11/9/2022 | Wednesday | $ (50,921.48) |
| Combined | Mechanics Bank | Mechanics Bank - all | 11/14/2022 | Monday | $ (61,654.93) |
| Combined | Mechanics Bank | Mechanics Bank - all | 11/15/2022 | Tuesday | $ (22,734.86) |
| Combined | Mechanics Bank | Mechanics Bank - all | 11/18/2022 | Friday | $ (27,597.65) |
| Combined | Mechanics Bank | Mechanics Bank - all | 11/21/2022 | Monday | $ (531,879.96) |
| Combined | Mechanics Bank | Mechanics Bank - all | 11/22/2022 | Tuesday | $ (1,234,145.73) |
| Combined | Mechanics Bank | Mechanics Bank - all | 11/25/2022 | Friday | $ (4,078,072.83) |
| Combined | Mechanics Bank | Mechanics Bank - all | 11/30/2022 | Wednesday | $ (388,897.98) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/1/2022 | Thursday | $ (1,603,668.03) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/2/2022 | Friday | $ (14,805.51) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/5/2022 | Monday | $ (612,970.70) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/7/2022 | Wednesday | $ (1,829,151.35) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/8/2022 | Thursday | $ (1,825,431.62) |
| Combined | Mechanics Bank | Mechanics Bank - all | 12/14/2022 | Wednesday | $ (28,931.17) |
| Combined | Mechanics Bank | Mechanics Bank - all | 1/6/2023 | Friday | $ (1,129,310.91) |
| Combined | Mechanics Bank | Mechanics Bank - all | 1/19/2023 | Thursday | $ (522,158.37) |
| Combined | Mechanics Bank | Mechanics Bank - all | 2/6/2023 | Monday | $ (198,807.55) |
| Combined | Mechanics Bank | Mechanics Bank - all | 2/15/2023 | Wednesday | $ (843,158.49) |
| Combined | Mechanics Bank | Mechanics Bank - all | 2/24/2023 | Friday | $ (147,028.98) |
| Combined | Mechanics Bank | Mechanics Bank - all | 2/27/2023 | Monday | $ (266,276.23) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/2/2023 | Thursday | $ (427,428.10) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/3/2023 | Friday | $ (6,943,649.42) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/6/2023 | Monday | $ (130,245.94) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/8/2023 | Wednesday | $ (2,064,201.39) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/9/2023 | Thursday | $ (661,244.17) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/10/2023 | Friday | $ (200,167.64) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/13/2023 | Monday | $ (108,887.87) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/21/2023 | Tuesday | $ (523,078.89) |

**McClain Feed Yard Inc. et al - Mechanics Bank Negative Activity**

| Entity | Bank | Account | Date | Day of Week | Amount |
|---|---|---|---|---|---|
| Combined | Mechanics Bank | Mechanics Bank - all | 3/22/2023 | Wednesday | $ (20,180.33) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/23/2023 | Thursday | $ (198,151.47) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/27/2023 | Monday | $ (246,623.93) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/29/2023 | Wednesday | $ (302,502.13) |
| Combined | Mechanics Bank | Mechanics Bank - all | 3/31/2023 | Friday | $ (163,062.91) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/7/2023 | Friday | $ (8,183,140.28) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/10/2023 | Monday | $ (6,840,720.84) |
| Combined | Mechanics Bank | Mechanics Bank - all | 4/11/2023 | Tuesday | $ (6,823,477.00) |
| | | | | | $ (176,204,076.19) |