UNDERWOOD LAW FIRM, P.C.
Thomas C. Riney, SBN: 16935100
W. Heath Hendricks, SBN: 240556451
500 South Taylor, Suite 1200, LB 233
Amarillo, Texas 79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
Email: tom.riney@uwlaw.com
Email: heath.hendricks@uwlaw.com

   *and*

Michael R. Johnson (*Pro Hac Vice*)
Matthew M. Cannon (*Pro Hac Vice*)
Austin C. Nate (*Pro Hac Vice*)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
Email:  mjohnson@rqn.com
Email:  mcannon@rqn.com
Email:  anate@rqn.com

*Attorneys for Rabo AgriFinance LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| In re:<br><br>MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.<br><br>    Debtors. | CASE NO. 23-20084-rlj7<br>Chapter No. 7<br><br>(Jointly Administered Cases) |
| KENT RIES, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.<br><br>    *Plaintiff,* | ADV. PROC. NO. 25-02005<br><br>Honorable Scott W. Everett |

| | |
|---|---|
| v.<br><br>COMMUNITY FINANCIAL SERVICES BANK; HTLF BANK; MECHANICS BANK; and RABO AGRIFINANCE LLC,<br><br>   *Defendants.* | |

# RABO AGRIFINANCE LLC'S MOTION TO DISMISS
# TRUSTEE'S SECOND AMENDED ADVERSARY COMPLAINT

Pursuant to Federal Rules of Civil Procedure 8, 9(b), 12(b)(1), and 12(b)(6), made applicable to this Adversary Proceeding by Rules 7008, 7009, and 7012 of the Federal Rules of Bankruptcy Procedure, and pursuant to 28 U.S.C. § 1404(a) and/or the doctrine of *forum non conveniens*, Defendant Rabo AgriFinance LLC ("**Rabo**"), through counsel, hereby submits this motion to dismiss *Trustee's Second Amended Adversary Complaint* filed by Kent Ries, Chapter 7 Trustee ("**Plaintiff**" or "**Trustee**").

The Trustee purports to assert twelve claims against Rabo—six "state law" or "non-core" claims and six "core" claims. Pursuant to Local Bankruptcy Rule 7001-1, Rabo has filed concurrently herewith a brief in support of this Motion setting forth Rabo's argument, authorities, and contentions of law demonstrating that all twelve claims should be dismissed.

WHEREFORE, Rabo respectfully requests that its Motion be granted in its entirety and that all claims against Rabo be dismissed.

DATED: July 31, 2025.

              UNDERWOOD LAW FIRM, P.C.
              Thomas C. Riney, SBN: 16935100
              W. Heath Hendricks, SBN: 240556451
              500 South Taylor, Suite 1200, LB 233
              Amarillo, Texas 79101
              Telephone: (806) 376-5613
              Facsimile: (806) 379-0316

Email: tom.riney@uwlaw.com
Email: heath.hendricks@uwlaw.com

--and--

RAY QUINNEY & NEBEKER P.C.
Michael R. Johnson *(Pro Hac Vice)*
Matthew M. Cannon *(Pro Hac Vice)*
Austin C. Nate  *(Pro Hac Vice)*
36 South State, Suite 1400
Salt Lake City, UT 84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
Email:  mjohnson@rqn.com
Email: mcannon@rqn.com
Email: anate@rqn.com


*/s/ Michael R. Johnson*
Michael R. Johnson
*Attorneys for Rabo AgriFinance LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2025, the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which sent notice of electronic filing to all electronic filing users in this case.

*/s/ Michael R. Johnson*
Michael R. Johnson

1716898