| | |
|---|---|
| Aaron M. Kaufman (Texas Bar No. 24060067) | Keith J. Larson (admitted *pro hac vice*) |
| Amber M. Carson (Texas Bar No. 24075610) | **MORGAN POTTINGER MCGARVEY** |
| **GRAY REED** | 401 South Fourth Street, Suite 1200 |
| 1601 Elm Street, Suite 4600 | Louisville, KY 40202 |
| Dallas, TX 75201 | Telephone: (502) 560-6758 |
| Telephone: (214) 954-4135 | Facsimile: (502) 585-3498 |
| Facsimile: (214) 953-1332 | Email: kjl@mpmfirm.com |
| Email: akaufman@grayreed.com | |
| acarson@grayreed.com | |

*Counsel to Community Financial Services Bank*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| MCCLAIN FEED YARD, INC., *et al.*,[1] | § | Case No. 23-20084-SWE |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| KENT REIS, | § | |
| *Chapter 7 Trustee for the Bankruptcy Estates of McClain Feed Yard, Inc., McClain Farms, Inc., and 7M Cattle Feeders, Inc.*, | § | |
| | § | |
| Plaintiff, | § | Adv. Proc. No. 25-02005-SWE |
| | § | |
| v. | § | |
| | § | |
| COMMUNITY FINANCIAL SERVICES BANK, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**AMENDED NOTICE OF HEARING**

---

[1] The Debtors in these jointly administered chapter 7 cases, along with their case numbers, are: McClain Feed Yards, Inc. (Case No. 23-20084-SWE); McClain Farms, Inc. (Case No. 23-20085-SWE); and 7M Cattle Feeders, Inc. (Case No. 23-20086-SWE).

4901-5881-7635

**PLEASE TAKE NOTICE** that a hearing to consider the relief requested in the *Community Financial Service Bank's Motion to Dismiss Plaintiff's Second Amended Adversary Complaint Under Rule 7012 of the Federal Rules of Bankruptcy Procedures* [Docket No. 56] (the "Motion") will take place via hybrid format on **Monday, September 15, 2025 at 9:30 A.M. (CST)** at the Earle Cabell Federal Building, 1100 Commerce Street, 14th Floor, Courtroom 3, Dallas, Texas 75242 before the Honorable Scott W. Everett, U.S. Bankruptcy Judge for the Northern District of Texas.

**PLEASE TAKE FURTHER NOTICE** that any parties who wish to participate in the hearing may do so in person or virtually. Video communication will be via WebEx. Connect via WebEx by visiting the WebEx hearing link on the Court's Hearing Dates and Calendar webpage or by using the following link: https://us-courts.webex.com/meet/everett. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 1.650.479.3207, using 476.420.189 as the access code. Parties who will be offering evidence or participating in examination need to make in person appearances in the courtroom. All other interested parties may make their appearance via Webex.

**PLEASE TAKE FURTHER NOTICE** that the Court requests that in advance of the hearing all parties familiarize themselves with Judge Everett's Judge-Specific Guidelines: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates.

**PLEASE TAKE FURTHER NOTICE** that parties may make electronic appearances in advance of the hearing by visiting the following link: Electronic Appearances | Northern District of Texas | United States Bankruptcy Court (uscourts.gov).

[*Remainder of page intentionally left blank*]

4901-5881-7635

Respectfully submitted this 25th day of August, 2025.

**GRAY REED**

By: /s/ *Aaron M. Kaufman*
Aaron M. Kaufman
Texas Bar No. 24033684
Amber M. Carson
Texas Bar No. 24075610
1601 Elm Street, Suite 4600
Dallas, TX 75201
Telephone:     (214) 954-4135
Facsimile:      (214) 953-1332
Email:            akaufman@grayreed.com
                     acarson@grayreed.com

-and-

**MORGAN POTTINGER MCGARVEY**

By: *Keith J. Larson*
Keith J. Larson (admitted *pro hac vice*)
401 South Fourth Street, Suite 1200
Louisville, KY 40202
Telephone:     (502) 560-6758
Facsimile:      (502) 585-3498
Email:            kjl@mpmfirm.com

*Counsel to Community Financial Services Bank*

## Certificate of Service

I certify that on August 25, 2025, I caused a copy of the foregoing document to be served via electronic mail on the counsel listed below, and via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

**LYNN PINKER HURST & SCHWEGMANN LLP**
Alan Dabdoub
adabdoub@lynnllp.com
Campbell Sode
csode@lynnllp.com
Farsheed Fozouni
ffozouni@lynnllp.com
Nathaniel Plemons
nplemons@lynnllp.com
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201

**JOBE LAW PLLC**
Hudson M. Jobe
hjobe@jobelawpllc.com
6060 North Central Expressway, Suite 500
Dallas, Texas 75206

*Counsel for the Plaintiff/Trustee*

**LOVELL LOVELL ISERN & FARABOUGH, LLP**
John H. Lovell
john@lovell-law.net
112 Southwest 8th Avenue, Suite 1000
Amarillo, Texas 79101-2314

*Counsel for Defendant HTLF Bank*

**RAY QUINNEY & NEBEKER P.C.**
Michael R. Johnson
mjohnson@rqn.com
36 South State Street, Suite 1400
Salt Lake City, Utah 84111

**UNDERWOOD LAW FIRM, P.C.**
Thomas C. Riney
tom.riney@uwlaw.com
Heath Hendricks
heath.hendricks@uwlaw.com
500 South Taylor, Suite 1200, LB 233
Amarillo, Texas 79101

*Counsel for Defendant Rabo Agrifinance, LLC*

**HUSCH BLACKWELL LLP**
Buffey Klein
Buffey.Klein@huschblackwell.com
Richard A. Illmer
rick.illmer@huschblackwell.com
1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201

*Counsel for Defendant Mechanics Bank*

*/s/ Aaron M. Kaufman*
Aaron M. Kaufman

4901-5881-7635