

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 2, 2025**

_____
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| IN RE:<br><br>MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>Debtors. | Chapter 7<br><br>CASE NO. 23-20084-swe<br><br>Jointly Administered |
| KENT RIES, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY FINANCIAL SERVICES BANK; HTLF BANK; MECHANICS BANK; and RABO AGRIFINANCE, LLC.,<br><br>Defendants. | ADV. PROC. NO. 25-02005-swe<br><br>Honorable Scott W. Everett |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MECHANICS BANK'S MOTION TO DISMISS TRUSTEE'S SECOND AMENDED ADVERSARY COMPLAINT**

On this day was heard Mechanics Bank's *Unopposed Motion to Extend Deadline to File Reply in Support of Mechanics Bank's Motion to Dismiss Trustee's Second Amended Adversary Complaint* ("Motion"). Upon due consideration, the Court finds that good cause exists for entry of the following order. It is therefore **ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Mechanics Bank's time to file its reply in support of Mechanics Bank's *Motion to Dismiss Trustee's Second Amended Adversary Complaint* [ECF No. 66] is hereby **EXTENDED** through, and including, **September 2, 2025**.

This Order shall not preclude the parties or this Court from altering or otherwise modifying the foregoing extended deadline as counsel may agree upon or the Court may subsequently order.

### End of Order ###

**Order Submitted by:**

Richard A. Illmer
**HUSCH BLACKWELL LLP**
1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201
(214) 999-6100
(214) 999-6170 (fax)
rick.illmer@huschblackwell.com
**COUNSEL FOR MECHANICS BANK**