

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 2, 2025**

**United States Bankruptcy Judge**

---

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| IN RE: | Chapter 7 |
| MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC., | CASE NO. 23-20084-swe |
| | Jointly Administered |
|     Debtors. | |
| KENT RIES, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC., | |
|     Plaintiff, | ADV. PROC. NO. 25-02005-swe |
| v. | Honorable Scott W. Everett |
| COMMUNITY FINANCIAL SERVICES BANK; HTLF BANK; MECHANICS BANK; and RABO AGRIFINANCE, LLC., | |
|     Defendants. | |

---

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MECHANICS BANK'S MOTION TO DISMISS TRUSTEE'S SECOND AMENDED ADVERSARY COMPLAINT**

On this day was heard Mechanics Bank's *Unopposed Motion to Extend Deadline to File Reply in Support of Mechanics Bank's Motion to Dismiss Trustee's Second Amended Adversary Complaint* ("Motion"). Upon due consideration, the Court finds that good cause exists for entry of the following order. It is therefore **ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Mechanics Bank's time to file its reply in support of Mechanics Bank's *Motion to Dismiss Trustee's Second Amended Adversary Complaint* [ECF No. 66] is hereby **EXTENDED** through, and including, **September 2, 2025**.

This Order shall not preclude the parties or this Court from altering or otherwise modifying the foregoing extended deadline as counsel may agree upon or the Court may subsequently order.

### End of Order ###

**Order Submitted by:**

Richard A. Illmer
**HUSCH BLACKWELL LLP**
1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201
(214) 999-6100
(214) 999-6170 (fax)
rick.illmer@huschblackwell.com
**COUNSEL FOR MECHANICS BANK**

United States Bankruptcy Court
Northern District of Texas

Ries,

    Plaintiff

Adv. Proc. No. 25-02005-swe

Community Financial Services Bank,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0539-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 03, 2025 | Form ID: pdf001 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Sep 03 2025 21:34:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Sep 03 2025 21:34:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Sep 03 2025 21:34:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Sep 03 2025 21:34:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2025        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|

Aaron Michael Kaufman
on behalf of Defendant Community Financial Services Bank akaufman@grayreed.com

Alan Dabdoub
on behalf of Plaintiff Kent Ries adabdoub@lynnllp.com  kridenour@lynnllp.com;wgillaspie@lynnllp.com;csode@lynnllp.com

Buffey E. Klein
on behalf of Defendant Mechanics Bank buffey.klein@huschblackwell.com
Tanya.adams@huschblackwell.com;buffey-klein-8494@ecf.pacerpro.com;penny.keller@huschblackwell.com

Hudson M. Jobe
on behalf of Plaintiff Kent Ries hjobe@jobelawpllc.com
cswoveland@jobelawpllc.com;9222306420@filings.docketbird.com;mberryman@jobelawpllc.com

John H. Lovell
on behalf of Defendant HTLF Bank john@lovell-law.net  tiffany@lovell-law.net;trinity@lovell-law.net;courtney@lovell-law.net

Matthew S Merriott
on behalf of Defendant HTLF Bank mmerriott@mhba.com  lsteen@mhba.com

Michael R. Johnson
on behalf of Defendant Rabo AgriFinance  LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com

Richard A. Illmer
on behalf of Defendant Mechanics Bank rick.illmer@huschblackwell.com
karen.massey@huschblackwell.com,dee.baatz@huschblackwell.com,Kerri.mata@huschblackwell.com,javon.johnson@huschblackwell.com

Steven G Gersten
on behalf of Plaintiff Kent Ries sgersten@lynnllp.com  sjohnston@lynnllp.com

William Heath Hendricks
on behalf of Defendant Rabo AgriFinance  LLC heath.hendricks@uwlaw.com,
roberta.duke@uwlaw.com;isabel.esparza@uwlaw.com


TOTAL: 10